**DISM**
JIMMERSON HANSEN
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 12599
415 South Sixth Street, Ste. 100
Las Vegas, Nevada 89101
(702) 388-7171
jjj@jimmersonhansen.com
jim@jimmersonhansen.com
Attorneys for Defendant
JACOB TRANSPORTATION
SERVICES, LLC.

**UNITED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GESMUNDO MENDIOLA,<br><br>      Plaintiff,<br><br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS, Does I - X and Roe Business Entities I - X.<br><br>      Defendants. | CASE NO.:   12-cv-01342-JCM-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Defendant, JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS, by and through its attorney of record, JAMES J. JIMMERSON, ESQ. and JAMES M. JIMMERSON, ESQ., of the law firm of JIMMERSON HANSEN, P.C. and hereby stipulates by and between, Plaintiff, GESMUNDO MENDIOLA

/ / /

/ / /

with his attorney of record JAMES P. KEMP. ESQ, to hereby dismiss the Complaint with prejudice, with each party to bear its own fees and costs.

Dated this 1st day of March, 2013.                     Dated this 1st day of March, 2013.

JIMMERSON HANSEN, P.C.                                KEMP & KEMP

_____                       _____
JAMES J. JIMMERSON, ESQ.                              JAMES P. KEMP. ESQ
JAMES M. JIMMERSON, ESQ.                              7435 West Azure Drive, Suite #110
415 South Sixth Street, Ste. 100                      Las Vegas, Nevada 89130
Las Vegas, Nevada 89101                               Attorney for Plaintiff
(702) 388-7171                                        Gesmundo Mendiola
Attorneys for Defendant
JACOB TRANSPORTATION
SERVICES, LLC.

## ORDER

IT IS HEREBY ORDERED that the foregoing matter be dismissed with prejudice, with each party to bear its own fees and costs.

DATED March 21, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE